United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>    Plaintiff,<br><br>  v.<br><br>GILBERT R.H EAKINS, et al.,<br><br>    Defendants. | No. C 19-06216 WHA<br><br>**ORDER TO SHOW CAUSE** |

    This case was set for a case management conference on March 12, 2020, at 11:00 a.m. No one was present when at 11:35 a.m. when this case was called. This order now follows.

    For the reasons stated above, counsel for both sides shall show cause why this case should not be dismissed for lack of prosecution and for failure to attend the case management conference, duly set and noticed for 11:00 a.m. today. Counsel are **ORDERED TO APPEAR ON APRIL 9, 2020, AT 11:00 A.M.** Counsel shall serve and file a sworn detailed declaration regarding their failure to appear at least five calendar days before said OSC hearing

    This order acknowledges that a joint stipulation for dismissal was filed but the Court did not approve the dismissal and the Court does not permit dismissals without prejudice subject to either party reopening the action if settlement is not consummated in sixty days. If the case is to be dismissed, it must be dismissed with prejudice, and a new action filed with new filing fees paid and possibly a new statute of limitations. The effect of the stipulation with the other side would have to be determined in the second action.

If the case is dismissed with prejudice at least 48 hours beforehand, then counsel need not appear at the OSC hearing.

**IT IS SO ORDERED.**

Dated: March 12, 2020.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE